450 A.2d 1061

Commonwealth v. Meade, Appellant.

Submitted June 13, 1980. Brian S. Quinn, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.